Michael J. Elia (5044)
Craig Stacey (7996)
MOORE & ELIA, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

Attorneys for Defendants Department of Corrections, Brent D. Reinke, Kevin Kempf, Pam Sonnen, Randy Blades, Jimmy Crosby, Ken Bennett, and Vicki Hansen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARY CUSACK, as personal representative of the Estate of Scott M. Hernandez, and Guardian ad Litem for C.L.C., a minor, and legal heir of the Estate of Scott M. Hernandez,<br><br>           Plaintiff,<br>vs.<br><br>DEPARTMENT OF CORRECTIONS, an Agency of the State of Idaho, BRENT D. REINKE, KEVIN KEMPF, PAM SONNEN, RANDY BLADES, JIMMY CROSBY, KEN BENNET, VICKI HANSEN, JOHN OR JANE DOE #1-10, JOHN OR JANE DOE # 11, individuals who are employees of the Idaho State Department of Corrections.<br><br>           Defendants | Case No: CV- 11-00303-REB<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO WAIVE BOND** |

      COME NOW, Defendants Idaho Department of Corrections, Brent D. Reinke, Kevin Kempf, Pam Sonnen, Randy Blades, Jimmy Crosby, Ken Bennett, and Vicki Hansen, by and through their counsel of record, Moore & Elia, LLP, and hereby submit this Response to Plaintiff's Petition to Waive Bond. Defendants object to the petition to the extent it is brought on

DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO WAIVE BOND
1

behalf of C.L.C., a minor, by an individual who has not been appointed Guardian ad Litem for the minor, and therefore has no standing at this time as a proper party to the action.

Once a Guardian ad Litem is appointed, Defendants have no objection to the Petition and leave the matter to the Court to exercise its discretion on this matter as to whether Plaintiff has met the requirements of Idaho Code §31-3220 sufficient for a waiver of the bond required by Idaho Code §6-610.

DATED this 6th day of April, 2012

                MOORE & ELIA, LLP

                By: _____
                Michael J. Elia, Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of April, 2012, I served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| Daniel K. Sheckler | _____ U.S. Mail, postage prepaid |
| SHECKLER LAW OFFICE, PLLC | _____ Hand Delivered |
| 500 N. Government Way, Ste 600 | _____ Overnight Mail |
| Coeur d'Alene, Idaho 83814 | _____ Fax Transmission 208-765-4636 |
| | __✓__ ECF/PACER |

MOORE & ELIA, LLP

_____
Michael J. Elia