DANIEL K. SHECKLER
Danielsheckler@gmail.com
Idaho State Bar #7773
SHECKLER LAW OFFICE, PLLC
500 N. Government Way, Ste. 600
Coeur d'Alene, ID 83814
Telephone: (208) 665-7400
Facsimile: (208) 765-4636

Attorney for Plaintiffs

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO, SOUTHERN DIVISION

| | |
|---|---|
| **MARY CUSACK**, et. al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>**BRENT D. REINKE**, et. al.,<br><br>Defendants. | Case No.: 1:11-cv-00303-REB<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO WAIVE BOND** |

COMES NOW, the above-named Plaintiff and hereby replies to the Defendant's

Response to Plaintiff's Petition to Waive Bond.

The Plaintiff has standing to prosecute the claim as the personal representative

of the Estate of Scott Hernandez (although only economic damages may be recovered).

Thus, a motion to waive or set bond is proper at this time.  Furthermore, in the event of

appoint of Mary Cusack as guardian ad litem, the Defendant's argument will also be

moot with respect to the claims on behalf of C.L.C.

DATED this 23rd day of April, 2012.

_____/s_____
Daniel Sheckler

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO WAIVE BOND: 1**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of April, 2012 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael J. Elia
Moore and Elia, LLP
Attorneys for Defendants
Boise Idaho 83707
Fax (208)336-7071)


_____/s/____

Daniel Sheckler, Attorney for Plaintiff

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO WAIVE BOND: 2**